7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Patrick Joseph Hancock
*Debtor*

*Bankruptcy Case No.*
12–44538–can7

**FIA Card Services, N.A.**
   Plaintiff(s)

*Adversary Case No.*
13–04014–can

v.

**Patrick Joseph Hancock**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: judgment is entered in favor of Plaintiff and against Defendant, Patrick Joseph Hancock in the amount of $3,758.67



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 4/8/13

Court to serve